# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIW ASSOCIATES, a California General Partnership,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>M/Y JUST US II, Official No. 668158, A 40.9-FOOT HATTERAS MOTOR YACHT, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>　　　　　　　Defendant. | Case No. 08 CV 2051 WQH NLS<br><br>IN ADMIRALTY<br><br>JUDGMENT FOR PLAINTIFF<br><br>F.R.C.P. Rule 54<br><br>46 U.S.C. Sections 30101-31343 |

This action came on for hearing before the Court, Honorable William Q. Hayes, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **ORDERED and ADJUDGED** that Judgment enter in favor of the Plaintiff HIW Associates and against Defendant Vessel in the amount of $8,707.84, plus prejudgment interest calculated at the rate of three and one quarter percent (3.25%) starting on July 2, 2008; and

It is **FURTHER ORDERED** that this action be dismissed with prejudice.

DATED: February 2, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge